AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KARRIEM JACOBS,

        Plaintiff,

        v.

WARDEN UPTON,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-001

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated March 28, 2023, the Court dismisses Plaintiff's

Complaint in its entirety. Plaintiff is denied leave to proceed in forma pauperis on appeal, and

this case stands closed.

Approved by: _____

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 28, 2023
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020